# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Hunter Wylie,** | § | |
| *Plaintiff,* | § | |
| | § | **1-24-CV-01512-ADA** |
| v. | § | |
| | § | |
| **Big Thirst, Inc. and Matt McGinnis,** | § | |
| *Defendants.* | § | |
| | § | |

## ORDER DENYING MOTION FOR SANCTIONS AND STAYING DISCOVERY

On September 30, 2025, the Court ORDERED that Plaintiff's Motion to Compel Discovery Responses and for Sanctions [Dkt. 26] is DENIED.

The Court further ORDERS that Plaintiff produce any responsive documents to Defendant's statute of frauds argument. *See* Dkt. 8 at 1-3.

It is further ORDERED that all other discovery in this matter is hereby STAYED until further order of the Court.

SIGNED this 30th day of September, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE