IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HUNTER WYLIE,<br>    *Plaintiff*, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL CASE NO. 1:24-CV-01512-DAE |
| BIG THIRST, INC. and MATT MCGINNIS,<br>    *Defendants*, | §<br>§<br>§<br>§ | (JURY DEMANDED) |

**ORDER DENYING (D.I. 39)
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendants, Big Thirst, Inc. and Matt McGinnis's (collectively, "**Defendants**"), Motion for Summary Judgment (D.I. 39; the "**Motion**"), Plaintiff, Hunter Wylie's ("**Plaintiff**"), Response to said Motion ("**Response**"), and after considering all other arguments and evidence of counsel, if any, the Court finds that Defendants' Motion should be **DENIED**. It is therefore

**ORDERED, ADJUDGED, and DECREED** that Defendants' Motion to for Summary Judgment is hereby **DENIED**.

It is so **ORDERED**.

DATED: _____

                                          THE HONORABLE DAVID A. EZRA
                                          UNITED STATES DISTRICT JUDGE