**1:24-CV-01512-DAE**
**Plaintiff**
**EXHIBIT**
**D**
**____**

## RE: Loan agreement with my dad

 ○ Matt McGinnis <matt@bigthirstmarketing.com>    Tuesday, July 20, 2021 at 3:28 PM
To:    ○ Lauren Wylie

Hi Wylie,

This looks like it is in good order. I don't have any requested changes.

As monthly payments don't start for 2 years, why will you be paying interest out of pocket?


Matt McGinnis, President
**Big Thirst Marketing**
512-809-8712
Twitter | LinkedIn | Instagram



---

**From:** Lauren Wylie <wylie@bigthirstmarketing.com>
**Sent:** Monday, July 19, 2021 1:41 PM
**To:** Matt McGinnis <matt@bigthirstmarketing.com>
**Subject:** Loan agreement with my dad

https://docs.google.com/document/d/1xLgUDFTaq5wD0pwaJNbkWgkpD_RnS4BTBc11u3mw3CU/edit?usp=sharing

He's reviewing this doc now and sending the check via mail. It looks like I'll be paying the interest out of pocket for the time being.


Lauren Wylie
*Web Designer & Digital Advertising*
c: 503-989-7589




Twitter | LinkedIn | Instagram

WYLIE 004