1:24-CV-01512-DAE
Plaintiff
EXHIBIT
G
_____



WYLIE 015