IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **HUNTER WYLIE,**<br>　*Plaintiff*, | § § § | |
| V. | § § | CIVIL CASE NO. 1:24-CV-01512-DAE |
| **BIG THIRST, INC. and MATT MCGINNIS,**<br>　*Defendants*. | § § § § | **(JURY DEMANDED)** |

**PLAINTIFF'S OBJECTION TO AND MOTION TO STRIKE
DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
AND REPLY EXHIBITS**

Upon consideration of Plaintiff's Objections to and Motion to Strike Defendants' Reply in Support of Motion for Summary Judgment (D.I. 39), Plaintiff, Hunter Wylie's ("**Plaintiff**"), and after considering all other arguments and evidence of counsel, if any, the Court finds that Plaintiff's Motion to Strike should be **GRANTED**. It is therefore

**ORDERED, ADJUDGED, and DECREED** that Plaintiff's Objections to and Motion to Strike Defendants' Reply in Support of Motion for Summary Judgment is hereby **GRANTED**. It is further

**ORDERED, ADJUDGED, and DECREED** that Defendants' Appendix (D.I. 43-1) to its Reply (D.I. 43) in support of its Motion for Summary Judgment (D.I. 39) is hereby stricken from the record and shall not be considered in any ruling on summary judgment.

It is so **ORDERED**.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE DAVID A. EZRA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE