**From:** Matt McGinnis <matt@bigthirstmarketing.com>
**Sent:** Friday, July 9, 2021 5:01 PM
**To:** Kareem Hajjar <khajjar@legalstrategy.com>
**Cc:** Lauren Wylie <wylie@bigthirstmarketing.com>
**Subject:** RE: Next Steps with Big Thirst, Inc.



1:24-CV-01512-DAE
Plaintiff
EXHIBIT
B

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Kareem,

We have decided to go in a slightly different direction for the start up of Big Thirst, Inc. Instead of raising money with equity financing in a seed round now, we are doing it all with debt financing. We are getting a loan for $50 that will be subordinated to a SBA loan of $250k and a $100k revolver. That will be enough to get up and running. We will reassess the need for a larger raise using equity financing in a few months. This decision delays the need for us to have you work on Stock Purchase Agreements in the near term.

However, we are still going to provide equity shares to board members as compensation. That brings up two questions:

1. Does it cost a lot of money to amend the Certificate of Formation to increase the number of authorized shares from 1,000,000 to 10,000,000? If not, we may do that now. If it is costly, we may choose not to do it, or delay it. If we choose to do it later, but have already issued stock to board members, how do we handle it?
2. We have prepared a draft Board Member Service Agreement (attached) that outlines duties and compensation. We intend to compensate board members with stock as outlined in this document. Please review this document and make recommendations for any changes necessary.

Once we have the Board Member agreement in place, we will immediately move into sales mode with retailers. At that point, we'll want to discuss getting agreements in place with retailers.

Thank you for your continued assistance.

Regards,

Matt

WYLIE 001