1:24-CV-01512-DAE
Plaintiff
EXHIBIT
D
_____

### RE: Loan agreement with my dad

**Matt McGinnis** <matt@bigthirstmarketing.com>
To: Lauren Wylie

Tuesday, July 20, 2021 at 3:28 PM

Hi Wylie,

This looks like it is in good order. I don't have any requested changes.

As monthly payments don't start for 2 years, why will you be paying interest out of pocket?

Matt McGinnis, President
**Big Thirst Marketing**
512-809-8712
Twitter | LinkedIn | Instagram



From: Lauren Wylie <wylie@bigthirstmarketing.com>
Sent: Monday, July 19, 2021 1:41 PM
To: Matt McGinnis <matt@bigthirstmarketing.com>
Subject: Loan agreement with my dad

https://docs.google.com/document/d/1xLgUDFTaq5wD0pwaJNbkWgkpD_RnS4BTBc11u3mw3CU/edit?usp=sharing

He's reviewing this doc now and sending the check via mail. It looks like I'll be paying the interest out of pocket for the time being.

Lauren Wylie
*Web Designer & Digital Advertising*
c: 503-989-7589



Twitter | LinkedIn | Instagram

**WYLIE 004**