1:24-CV-01512-DAE
Plaintiff
EXHIBIT
E



WYLIE 005