1:24-CV-01512-DAE Plaintiff EXHIBIT F ____

**From:** Matt McGinnis
**To:** Tomlinson, Jacquelyn; Lauren Wylie
**Cc:** Quintero, Danielle
**Subject:** RE: Frost Bank Application for Big Thirst Inc.
**Date:** Tuesday, August 24, 2021 3:47:00 PM
**Attachments:** Big_Thirst_Inc_E-commerce_Business_Plan_08.2021.pdf
image001.png
image002.png
image003.png

Hi Jacquelyn,

We're happy to clarify! Here are responses to your questions:

Can you confirm how much you're requesting / how much equity will be contributed to the total project? I noticed the project budget on page 5 of the SBA packet outlines a budget of $300,400, but does not specify how the equity injection will be utilized. I also noticed the business plan mentions you have a $30,000 equity investment, but the loan agreement Wylie sent over references a $50,000 loan from her father.

> My apologies, but I uploaded an earlier draft of the business plan. I have attached the current version which states, "To fund our start-up costs, we are seeking a $50,000 family loan, and a loan from the Small Business Administration (SBA) of $250,000 in 1H 2021, with a revolving credit facility of $100,000 in 2H 2021. This debt financing will be used to cover one-time start-up costs such as legal fees, accounting fees, trade-mark fees, software development costs, advertising, and equipment. It will also be used to fund limited operating costs for salaries and commission for customer service and sales staff. We will begin loan repayment monthly at the earliest date set by the SBA and will service the debt with revenue generated from the business. We anticipate full repayment of the SBA loan and revolver by 2029."
>
> We have a $50,000 family loan from Wylie's father rather than a $30k equity investment. We are applying for a $250,000 SBA loan.

Angie also asked that I clarify a couple of items regarding the equity injection... Wylie has borrowed the funds for their injection – is she keeping her currently employment or is she going to draw a salary from the company? Or is her dad willing to sign a full standby agreement?

> The funds borrowed by Wylie from her father are to cover start-up operational costs for Big Thirst Inc. for legal expenses, subscriptions, and contractor services. This loan does not cover her salary, and she will not be drawing a salary from Big Thirst, Inc. in 2021. She will continue contract work independently and with Big Thirst Marketing in the near term. Wylie's dad will sign a full standby agreement.

SBA requirements on source of equity injection.

ty Injection:

i) The following may be considered as equity injection:

owed.

ed through a personal loan to the business owner with repayment demonstrated to come from a source other than the cash flow of the business (the salary paid to the owner by the business does not qualify). If the personal loan is made by the participating Lender, the Lender must submit the application through non-delegated 7(a) processing.

> If this is referring to the loan from Wylie's dad, then he will fill out a non-delegated 7(a) processing form. Are you able to send that to us and explain what it is?

ish – Lenders must carefully evaluate the value of assets other than cash that are injected by owners. An appraisal or other valuation by an independent third party is required if the valuation of the fixed assets is greater than the Net Book Value. A valuation of the fixed assets provided as part of a business valuation will not meet these requirements.

debt that is on full standby (no payments of principal or interest for the term of the SBA-guaranteed loan) may be considered as equity for SBA's purposes. A copy of the note must be attached to the standby agreement.

> The only debt we have is the family loan from Wylie's father. It is subrogate to the SBA loan. We are currently using it to pay for operating expenses. What format do you need this note to be in for submission? We can provide a list of expenses and receipts for payments both from this loan, and from our Big Thirst Marketing account. We have spent approximately $23,000 so far this year.

Also – I've asked our retail banking team in our lobby if they've received the FedEx back as of this morning. Still waiting to hear back but will keep you posted as I know you're ready to get that account up and running.

I received the signature card via FedEx on Saturday. I was able to open the back account in a branch. We are all set up. Thank you!

Kind regards,

Matt

Matt McGinnis, President
**Big Thirst Marketing**
512-809-8712
Twitter | LinkedIn | Instagram

