1:24-CV-01512-DAE
Plaintiff
EXHIBIT
___ K ___

# BIG THIRST, INC.

# BUSINESS PLAN

### AUGUST, 2021



## MATT MCGINNIS

WYLIE 189



## TABLE OF CONTENTS

Executive summary ................................................................................................ 2

**BIG THIRST, INC. Company Overview** ........................................................... 4

    Business Structure ................................................................................................ 4

    Nature of the Business ......................................................................................... 4

    Vision, Mission and Values .................................................................................. 4

    Background Information ........................................................................................ 4

    Business objectives .............................................................................................. 5

    Team ...................................................................................................................... 5

**Market Analysis** ................................................................................................... 9

    The Need ............................................................................................................... 9

    Increasing Consumer Demand ............................................................................. 9

    The Distilled Spirits Market is Growing ............................................................ 10

    Alcohol Sales Via e-Commerce Are Increasing ................................................ 10

    Competitive analysis .......................................................................................... 12

    SWOT Analysis .................................................................................................. 18

**Products and Services** ...................................................................................... 19

**Customer segmentation** .................................................................................. 20

**Marketing Plan** ................................................................................................. 22

    Price .................................................................................................................... 22

    Product ................................................................................................................ 22

    Promotion ........................................................................................................... 22

    Place .................................................................................................................... 23

**Logistics and Operations Plan** ....................................................................... 24

    Suppliers ............................................................................................................. 24

    Compliance ......................................................................................................... 24

    Shipping and fulfilment ...................................................................................... 24

    Facilities .............................................................................................................. 27

    Equipment and Equipment ................................................................................. 27

**Financial Plan** ................................................................................................... 28

    Inventory ............................................................................................................. 28

    Income statement ............................................................................................... 28

    Balance sheet ...........................................................................**Error! Bookmark not defined.**

    Cash-flow statement .......................................................................................... 28

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 190



## EXECUTIVE SUMMARY

**BIG THIRST, INC**., headquartered in Austin, Texas, is a three-tier compliant white-label e-commerce solution for spirits brands and distilleries to sell beverage alcohol products to consumers.

**The Business Opportunity** — Consumers expect to buy anything they want online and have it delivered quickly. Until recently distilleries have had limited ability to sell distilled spirits online. The demand for e-commerce platforms which enable spirits brands to reach customers nationwide is outpacing the capacity of the current providers to keep pace. Customer service, ease of onboarding, and marketing are scant afterthoughts for current e-commerce providers. The market is growing, demanding a new e-commerce platform dedicated to spirits brands. That is where Big Thirst Inc. comes in.

**How We Will Address the Opportunity** — Led by C.E.O., Matt McGinnis, C.O.O., Lauren "Wylie" Donoho, C.F.O. Jelena Medic, and C.M.O., Suzanne McGinnis, we are a team of seasoned beverage alcohol production, distribution, sales, and marketing experts. We know the industry, understand its needs, and have addressed the challenges of spirits brands for years. Recently, especially since the pandemic, we have seen the online sales landscape change drastically. We have implemented (or strongly avoided) existing e-commerce solutions for our clients. After setting up and working with the best solutions that are currently available, we realize that they are not sufficient. Distilleries struggle with the terrible onboarding processes, the severe lack of customer service, and the paltry marketing initiatives. It is clear that there is no better time than now to step up and raise the bar.

**Our mission** is to enable and accelerate sales of beverage alcohol for spirits brands and distilleries.

By combining our passions for the spirits industry with technology, creativity, and customer service we empower distilleries with a powerful sales engine with content and analytics that will maximize their success, and help consumers discover spirits.

**Think Big! We accelerate sales for spirits brands.**
We help spirits brands expand their market reach faster and easier by:

1. **Increasing Revenue** — with **BigCart** spirits brands can expand sales nationwide by allowing consumers to conveniently place online orders and receive spirits directly at their door within days.
2. **Building Brand Awareness** — our white-label approach helps spirits companies build brand awareness with consumers and maintain their own look and feel throughout a transaction.
3. **Retaining Customers** — Treating spirits brands as partners, not clients, we build life-long partnerships. Their success is our success. **Big Success**, our customer support system, is a pilar of our culture. We leverage technology like Zendesk as part of our solution to resolve issues faster.
4. **Simplifying Pricing** — Spirits brands know exactly what they will they pay with our simple pricing tiers that cut out the complex and head-scratching costing models and hidden fees. See page (xx).
5. **Faster Time to Money** — Brands can expand sales nationwide via our retailer/fulfilment network quickly with our frictionless and simple two-week onboarding process.
6. **Reaching More Consumers** — Spirits brands can better reach consumers to propel sales with the full force of our marketing team's spirited content with public relations, social media,



social influencers, email marketing (Mailchimp) and digital ads (Facebook, Instagram, Google Ads, LinkedIn etc.).

7. **Gaining Insights** — Spirits brands can now make better informed sales and marketing decisions based on **BigData**. Our BigData business intelligence dashboard provides access to the most robust and insightful analytics on the market, combining essential information from: Google Analytics, the Big Thirst "buy buttons," BigThirst.com orders, digital ad performance, email marketing statistics, and more.

**We raise the bar and shake and stir things up for consumers:**

1. **Low-Cost Delivery** — More affordable (or free) delivery than competitors. We are seeking more volume of sales that in time will allow for cost effective shipping rates.
2. **Faster Shipping** — More retail locations than our competitors so products will be delivered faster. Our current competitors have retailers in one to 11 states. We are aiming at partnering with eight retailers in the first year and 20 by the end of 2022.
3. **Easy Access to Hard-to-find Craft Brands** — Find that new, small, rare batch from a distillery you never even knew about on the other side of the country in the largest library of global craft brands available to buy online and ship directly to your home.
4. **Stay In-the-Know** — Dive deeper into craft brands and enjoy custom and engaging content on BigThirst.com and our social media platforms.
5. **Problems Solved** — Get answers and expert recommendations with Big Success customer service.

## WE HAVE THE EXPERTISE

Big Thirst Inc. draws on the resources of two existing Big Thirst companies:

- Big Thirst Consulting helps distilleries get started, get into distribution, and manage on premise, off premise, and online sales.
- Big Thirst Marketing offers a complete suite of marketing services to help spirits suppliers fully develop and maintain their brand online. With deep experience building brands and implementing marketing campaigns for spirits companies, Big Thirst Marketing has the staff and capabilities to provide package design, website design, shopping cart implementation, digital advertising, email marketing, social media management, and public relations.



## WE HAVE THE PLAN

Using in-depth market analysis, we have prepared a detailed business operations and financial plan for a fast ramp to profitability. We require financial backing to get started and are pursuing, $50,000 in a family loan, $250,000 in debt funding, and a $100,000 revolving credit facility.

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 192



## BIG THIRST, INC. COMPANY OVERVIEW

BIG THIRST, INC. is a three-tier compliant white-label e-commerce solution for spirits brands and distilleries to sell beverage alcohol products to consumers.

## BUSINESS STRUCTURE

BIG THIRST, INC. is a C Corporation incorporated in the state of Delaware.

## NATURE OF THE BUSINESS

BIG THIRST, INC. is a three-tier compliant integrated e-commerce platform for spirits brands to conveniently expand sales and ship products to consumers. We offer website and website store design, online shopping cart technology, distribution management, customer service, digital advertising, email marketing, marketing analytics to target online marketing for conversions, and retailer partner relations for order fulfillment.

Our advantage is that our e-commerce platform is integrated with a compliance, distribution and sales consultancy, Big Thirst Consulting, and a full-service marketing agency, Big Thirst Marketing, dedicated to the beverage alcohol industry. We are particularly adept at helping distilleries build brand awareness with consumers to attract them to the website in the first place.

BIG THIRST, INC. will handle the storefront with our **BigCart** software, order fulfillment through partner retailers, and marketing for the spirits brands, while maintaining a brand's look and feel throughout a transaction so consumers feel a direct connection with the brand. With our **BigCart** shopping carts built into spirits brands' websites, we can track sales analytics and customer data with our **BigData** dashboard for remarketing digital advertising campaigns and triggered automated emails for cart abandonment and to encourage return purchases.

## VISION AND MISSION

BIG THIRST, INC. is a full-service sales and marketing engine powered by a sales and distribution consultancy, a marketing agency, and a three-tier compliant white-label e-commerce solution for spirits brands and distilleries to sell beverage alcohol products to consumers.

**Our Vision** is to help the industry grow by giving spirits brands access to new markets with distribution management, an-ecommerce solution, marketing tools, and analytics to effectively sell to consumers and pave the way to profitable growth.

**Our Mission** is to enable and accelerate sales of beverage alcohol for spirits brands and distilleries.

## BACKGROUND INFORMATION

BIG THIRST, INC. will draw heavily on the expertise, connections, and insights from its sister companies, Big Thirst Marketing and Big Thirst Consulting.

### Big Thirst Marketing

Founded in 2014, Big Thirst Marketing is a full-service marketing agency built to help its clients grow to the next level and foster relationships between brands and loyal customers. It is run by a team of marketing experts and beverage industry veterans who are passionate about telling the fascinating stories behind the process, the makers, and the creators that make every sip worthy. The agency achieves results for spirits brands with complete marketing campaigns that integrate brand

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 193



development, graphic design & package design, content marketing, website development, digital advertising, public relations, social media& influencer marketing, and email marketing.

## Big Thirst Consulting

Founded in 2020 Big Thirst Consulting provides complete, integrated business services for distilleries to pave the way to profitable growth. The consultancy, created by spirits industry veterans, Matt McGinnis and Mark Shilling along with advisory board member, Joseph Castillo, helps distilleries including regulatory compliance, distribution, pricing, sales, and marketing to help you grow to the next level, faster, with better margins. Big Thirst Consulting has extensive experience helping start-up and growth phase craft and major brand distilleries streamline operations, increase sales, and manage distributor relations for market growth.

## BUSINESS OBJECTIVES

Our goals are to launch the company in the second half of 2021, and to attract 20 customers generating $65,500 in total revenue by the end of this year. We will be fully operational, generating positive net income in 2022.

### 2021 Goals
- 20 Customers on Retainer
- $65,500 Total Revenue
- ($197,500) Net Income

### 2022 Goals
- 54 Customers on Retainer
- $850,600 Total Revenue
- $37,000 Net Income

### 2023 Goals
- 144 Customers on Retainer
- $2,415,000 Total Revenue
- $837,000 Net Income

## TEAM

### Executive Team

### Matt McGinnis, Founder & Chief Executive Officer

Matt is the lead executive of the company responsible for key decisions and managing the operations. Armed with 30 years of global marketing experience in both corporate and agency roles, Matt followed his passion for the beverage industry to found Big Thirst Marketing in 2014. He leads that agency as the marketing arm of Big Thirst Consulting bringing the strategic approach of the Fortune 500 marketing world and credible, passionate understanding of the specific nuances of the beverage industry. Matt has achieved marketing results for start-ups and world leading brands alike in the U.S. and Europe.

### Lauren "Wylie" Donoho, Founder & Chief Operations Officer

Wylie has been a part of the Big Thirst Marketing team since 2016. She is the ultimate task master, artfully balancing complex technologies, road-mapping future tech, and addressing client needs. She will oversee the business systems and technology including spearheading the BigData dashboards

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 194



with industry benchmarking. Wylie is passionate about the solving the modern-day challenges of small businesses as they struggle to compete with big name brands while sustaining the Big Thirst company culture. Wylie holds a BS in communications from The University of Texas and is a wife, mom, and dog mom that enjoys a killer margarita.

### Jelena Medic, Chief Financial Officer

Drawing on her considerable experience in finance and operations leadership roles with a focus on beverage alcohol with both, small and large corporations, Jelena will provide guidance on managing pricing models, customer agreements, and fiscal management for the company. Her journey in the alcohol industry started with Edrington Americas, the parent company of brands such as Macallan, Highland Park, Brugal and Partida. Her focus and passion is launching, growing, and helping wine and spirits brands achieve profitable successful. She has a deep understanding of alcohol industry, tackling each area of the business with unique strategic and analytical approach.

### Suzanne McGinnis, Chief Marketing Officer and Creative Director

Suzanne will oversee all marketing efforts and will manage the creative team for BIG THIRST, INC. A talented wordsmith and conceptual genius, she has created memorable brands for companies such as Tivo, Uncle Billy's Spirits, Oregon Freeze Dry, Long Creek Distilling, and Swizzle Classic Cocktails. In addition to her extensive advertising and graphic design agency experience, she has flexed her creativity by founding and operating a company that produced artistic hand-fans, as well as illustrating children's' books. Suzanne is a graduate of the Columbus College of Art & Design with a BFA in Illustration.

### Board of Directors

### Joseph Castillo, Director

Joseph is a partner in Big Thirst Consulting. He will manage distributor relations and assist with attracting retailers to join the BIG THIRST, INC. network. Joseph brings extensive sales, distribution, and pricing experience to the consultancy. During his 16-year career in the spirits industry, he helped launch Angels Envy, Fireball, Buffalo Trace, Treaty Oak Distilling, and Kimo Sabe Mezcal National. He is adept at developing annual unit and gross-profit plans by implementing marketing strategies, analyzing trends and results, as well as achieving sales objectives. Joe has a strong track record of bringing brands to market with strategic and successful launches to ensure positive and repetitive growth.

### Mark Shilling, Director

Mark is a partner in Big Thirst Consulting. He will assist with compliance management and marketing our services to craft distilleries in the U.S. He has extensive relationships through his leadership roles with the American Craft Spirits Association. Mark specializes in distillery start-up operations and project management. As the founder of Revolution Spirits Distilling Company in 2013, he quickly establishing the distillery as a popular stop along the Central Texas beer, wine, and spirits trail. He is a tireless advocate for the industry, helping establish the Texas Distilled Spirits Association in 2012, and serving as president of the American Craft Spirits Association. He uses his 20 years of experience as a lobbyist to navigate regulatory bodies and assist with compliance and government affairs.

### Marketing Staff

BIG THIRST, INC. will employ the services of Big Thirst Marketing current contractors including:
- **Joleen Jernigan** for social media and copy writing
- **Logan Lloyd** for graphic design

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 195



- **Kristin Rice** for graphic design, email marketing, and digital advertising
- **Jennifer Swanson** for public relations

**Positions to Hire**
In the first six months of operation, we plan to hire the following full-time and contract positions:
- Customer Service Manager
- Sales Manager

**Legal Counsel**
BIG THIRST, INC. has retained the legal services of Hajjar Peters LLP, a full-service business law firm located in Austin, Texas, for business incorporation, contracts, and agreements with distributors, retailers, and spirits brands customers.

**How We Will Reach and Retain Customers**
BIG THIRST, INC. will market to three core customer categories:

1. **Spirits Brands**: Craft distilleries, domestic spirits brands, and import spirits brands are our primary customers. We will make it easy for spirits brands to get in front of a whole new crowd of digital drinkers who are shopping more online than ever. We will market to spirits brands in three phases:
   - Phase 1: Our initial marketing will include public relations launch of the company with messaging directed to craft distilleries. We will follow that with direct contact to our existing network of relationships with craft distilleries that are currently clients of Big Thirst Consulting and Big Thirst Marketing, as well as the numerous brands with whom we have relationships. These brands will form our starting customer base. Simultaneously, we will aggressively build a customer database for email marketing.
   - Phase 2: We will expand our marketing efforts to include targeted advertisements in industry publications and trade journals. In addition, we will sponsor events and organize sales calls during industry conferences such as the ACSA Distillers' Convention and Vendor Trade Show. This will be accompanied by ongoing public relations activities and email marketing.
   - Phase 3: We will establish mature campaigns to co-promote spirits brands on our platform using digital advertising, email marketing, public relations, and influencer marketing. We will continue ongoing public relations campaigns targeted at attracting spirits brands to our platform.

2. **Retailers**: We will build a network of retailers and licensed liquor stores located in states where retailers are legally permitted to ship directly to consumers including California, Connecticut, Florida, Idaho, Louisiana, Nebraska, Nevada, New Hampshire, New Mexico, North Dakota, Oregon, Virginia, Washington, D.C., West Virginia, and Wyoming. Initially we will focus on securing agreements for sales and fulfillment retailors located in states that allow for direct to retail shipping including California, Florida, New York, and Washington, D.C.

3. **Consumers**: Amazon Prime has conditioned people to expect that they can buy anything they want online quickly and shipped to their home for free. We will connect consumers with spirits brands by creating attractive, easy to use shopping carts that are seamlessly integrated into

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 196



the websites of spirits brands. We will make it attractive and easy for customers to sign up for newsletters, letting brands nurture connections with consumers.

## Finances

BIG THIRST, INC. is entering the market at the right time to grow along with a fast-growing segment of the industry. **Sales of alcohol through e-commerce is forecast to grow from $5.6B in 2020 to $19B by 2024.** Because e-commerce for distilleries has only been available to brands for a limited time, we are positioned for great opportunity and growth. Our beverage alcohol expertise, connections, and insight make us an attractive partner for spirits brands who want to grow big.

At the outset, the founders have self-funded start-up costs and are developing the business strategy, e-commerce capabilities, and sales network themselves. We have retained the services of a beverage alcohol industry financial expert, Jelena Medic, as our acting Chief Financial Officer to ensure we have a realistic, conservative financial plan.

We plan to launch the company in the second half of 2021, and to attract 20 customers generating $65,500 in total revenue by the end of this year. We will be fully operational, generating positive net income of $37,000 Net Income in 2022. Revenue will be derived from:
- A monthly fee-based subscription model.
- Collecting a percentage of the sale of each product.
- Fees for marketing services including digital advertising and email marketing.

## Projections
**2021**
- 20 Customers on Retainer
- $65,500 Total Revenue
- ($197,500) Net Income

**2022**
- 54 Customers on Retainer
- $850,600 Total Revenue
- $37,000 Net Income

**2023**
- 144 Customers on Retainer
- $2,415,000 Total Revenue
- $837,000 Net Income

## The Ask

To fund our start-up costs, we are seeking a $50,000 family loan, and a loan from the Small Business Administration (SBA) of $250,000 in 1H 2021, with a revolving credit facility of $100,000 in 2H 2021.

This debt financing will be used to cover one-time start-up costs such as legal fees, accounting fees, trade-mark fees, software development costs, advertising, and equipment. It will also be used to fund limited operating costs for salaries and commission for customer service and sales staff.

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 197



We will begin loan repayment monthly at the earliest date set by the SBA and will service the debt with revenue generated from the business. We anticipate full repayment of the SBA loan and revolver by 2029.

# MARKET ANALYSIS

We are not the first white-label e-commerce platform dedicated to distilled spirits, but we are the only company to provide an end-to-end online sales and marketing solution for spirits brands to succeed — from recipe development to final sale.

## THE NEED

Distilleries cannot legally sell directly to consumers online. The three-tier system requires spirits brands to sell first sell to a distributor, then a bar, restaurant, or liquor stores, and finally to consumers. This makes spirits brands overly reliant on bars, restaurants, and their tasting rooms for sales and brand building. With the onset of the COVID-19 quarantine, these spirits brands lost up to 80% of their business and were forced to find new solutions to sell their products. Many turned to the limited three-tier compliant e-commerce solutions to reach consumers to survive the pandemic but found confusing pricing models, long and indefinite lead times for signing-up, limited customer service and little to no marketing to reach out to and eager consumers desperate for home delivery solutions.

Consumer behavior has been permanently reshaped by the pandemic. People had the necessity of ordering alcohol online, and now they are accustomed to the convenience of ordering spirits online just as they do other consumer goods. E-commerce is a long-term solution to provide a sales channels for spirits brands, to differentiate, and grow market share.

## INCREASING CONSUMER DEMAND

Shopping online is commonplace, with e-commerce spending representing 21.3% of total retail sales in the U.S. in 2020. However, because of three-tier system regulations it isn't as easy to buy alcohol online. Consumers are unhappy that they are not able to purchase many locally made and craft spirits conveniently online. While e-commerce is a mainstay shopping experience for many consumer products, online sales of distilled spirits make up a tiny fraction of overall sales. In 2019 e-commerce alcohol sales in the U.S.

*"Alcohol is not as easy online as other categories, especially in the US, given the much more significant regulations that govern the sale of alcohol compared with other categories." — Danny Brager, SVP, Beverage Alcohol Practice at Nielsen*

represented approximately 1% of total alcohol sales. Alcoholic beverage analyst firm, IWSR, expects between 2019 and 2024 total alcohol e-commerce value in the US will grow six-times to make up 7% of total off-trade alcohol in the U.S. by 2024.

In contrast, wineries can sell directly to consumers online. According to Silicon Valley Bank online sales represented an average of 10% of total revenue for U.S. wineries in 2020.

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 198





\* *RaboResearch US Online Alcohol Sales Reach USD 2.6bn: The 2020 Alcohol E-Commerce Playbook*

It is time for spirits brands to have greater access to three-tier compliant e-commerce solutions.

## THE DISTILLED SPIRITS MARKET IS GROWING

No matter which data source is used, it is clear that the distilled spirits industry is growing.

- The American Craft Spirits Association (ACSA) reported in fall of 2018 a total of 1,835 active craft distilleries, an increase of 15.5% from 2017. In the same time span, producers saw a 23.7% growth in retail cases sold, up to 7.2 million, and a 29.9% rise in sales, up to $3.7 billion.
- As of August 2020, there were 2,050 Distilleries (Craft Distillers, Craft Blenders, and more) in the United States, a growth of 11.7% according to the American Distilling Institute.
- The US craft spirits market is expected to reach revenues of more than $20 billion by 2023, growing at an impressive CAGR of over 32% during 2018-2023.

## ALCOHOL SALES VIA E-COMMERCE ARE INCREASING

While beverage alcohol historically has had one of the lowest e-commerce sales rates across CPG products, its acceleration in recent years has led it to become an extremely hot segment of the beverage alcohol industry. Consumers are used to purchasing items such as clothing, buy beverage alcohol like they buy their favorite whiskey online. The combination of consumer demand, an increase in the number of e-commerce platforms available to sell spirits, and relaxing laws will lead to significant growth in online spirits sales.

Rabobank estimates that U.S. online alcohol sales reached USD $2.6bn in 2019, growing by 22% YOY. Despite the strong growth of e-commerce sales, the penetration of the online alcohol category remains abysmally low, and alcohol's share of food-and-beverage spending drops by 88% online, compared to its share of wallet in brick-and-mortar stores.

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 199



According to Nielsen data e-commerce retail sales of alcohol are up as much as 234% during the Covid-19 period compared to a year prior.

IWSR Drinks Market Analysis reports that in the US, ecommerce alcohol sales are expected to continue to increase rapidly, with average annual growth of nearly 45% in value, 2020 to 2024. Put into the wider market context, this means that online alcohol sales will jump to **1.6%** of total off-trade volume in 2020 and reach **6.9% by 2024**.

Although e-commerce structures are more complex in the US, we will start to see more alignment in the three-tier system, with a move towards easier solutions for brand owners to reach consumers online. Brand owners will also want to own the consumer experience, and we will likely see a rise of white label ecommerce platform services as well as a push toward state legislation to allow for direct-to-consumer shipping where not currently allowed. Access to consumer data will be a key consideration for brand owners evaluating their ecommerce strategies as well.

### Average industry growth 2015–2020: 12.1% (IBIS World)

Revenue for the Online Beer, Wine and Liquor Sales industry has skyrocketed over the five years to 2020, due in part to the expansion in households with internet connections and COVID-19 (coronavirus) related measures to temporarily loosen online alcohol sales during 2020. The number of broadband connections has increased at an annualized rate of 4.5% over the past five years, creating a robust potential customer base for the industry. Furthermore, according to Nielsen's Global Connected Commerce Study, 8.0% of online consumers in the United States browsed and purchased alcoholic beverages online in 2016 (latest data available), bolstering industry revenue.

### IWSR Drinks Market Analysis' Global E-commerce Strategic Study

About US$6.5b of spirits were sold online in 2018, a figure that represents 2% of all global spirits' value sales.

The US is forecast to overtake China to become the world's largest online alcohol market by the end of next year. The market was previously underdeveloped, but now the channel's growth rate in the US has accelerated by several years. Between 2019 and 2024, total alcohol e-commerce value in the US will grow six-

*E-Commerce Sales of Alcohol is forecast to grow from $5.6B in 2020 to $19B by 2024.*

fold to nearly double China, the IWSR predicts. The IWSR expects that e-commerce will make up 7% of total off-trade alcohol in the US by 2024, compared to 6% in China. But the IWSR notes this growth will come from a low base to represent 1% of off-trade retail alcohol volume in the US in 2019.

In 2020, there was a huge increase in awareness of alcohol e-commerce among U.S. consumers, while some states have relaxed legislation to facilitate online sales and home deliveries. IWSR consumer research data shows that in the US, 44% of alcohol e-shoppers only started buying alcohol online in 2020, compared to 19% in 2019.

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 200





https://www.bloomberg.com/news/articles/2021-02-10/booze-delivery-online-liquor-sales-are-booming-amid-the-pandemic

"Consumers' increasing proclivity for online purchasing has been driven by necessity in recent months, but these purchasing behaviors are here to stay. As brand owners increasingly invest in the channel, markets must be assessed on their own merits with a bespoke strategy developed. This is especially important as government regulations for alcohol e-commerce may evolve as the channel continues to grow," says Guy Wolfe, Strategic Insights Manager at IWSR Drinks Market Analysis.

Growth is largely being driven by the omnichannel segment as supermarkets and traditional retailers seek to rapidly enhance their online offering. On-demand players are also expected to gain significant share.

The direct-to-consumer channel is predicted to grow by nearly US$3bn in value between 2019 and 2024, at a value compound annual growth rate (CAGR) rate of 24% over the five-year period.

## COMPETITIVE ANALYSIS

Spirits brands are not able to sell directly to consumers through e-commerce and remain in compliance with the three-tier system. However, there are options spirits brands can consider that approximate a direct-to-consumer solution including third-party marketing companies with their own platforms and audiences, and white-label store and shopping cart options that maintain a brand's look and feel throughout a transaction.

### Third-Party Marketing Platforms

Third-party marketing platforms allow for online purchase and delivery to a consumer's door. Third-party marketers have their own branded, online stores where consumers plan an order which then goes to a local retailer within a set radius of the consumer. If the retailer accepts the order, the retailer processes payment and arranges for delivery or shipment. The retailer then pays the third-party marketer a small marketing fee.

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

Big Thirst, Inc. e-Commerce Business Plan

WYLIE 201

**BIG THIRST**

The advantage for a brand to work with a third-party marketing platform is scalability and reach in numerous markets across the country. For example, Drizly operates in more than 180 markets in the U.S.

The drawback for spirits brands using these third-party marketer platforms is that they take consumer away from brand's website and into an online liquor store where they could be swayed into purchasing another brand based on price, availability, of simply seeing a prettier bottle. That means the work a spirits brand did to get the consumer to its site may be lost to a competitor's brand at the point of purchase.

The main third-party marketing platform competitors are:

### Caskers

Caskers is a third-party online entity that resells high-end liquor at a discounted price. Caskers is a platform founded in New York City in 2012 with the idea to introduce people to the amazing spirits from around the world and share excitement over them with customers from across the US and Europe. It was started by two whiskey enthusiasts from Harvard Law School who realized how difficult it was to find top-shelf liquors, and how even excellent local products were reserved for only those in the know.

Caskers connects you to liquor producers and artisans who have the products you love. It's a community of people who share the same values and passion for a good whiskey. It is sort of a blend between a specialized niche retailer and online flash sale sites like Vente Privee or Rue La La. Caskers sells offbeat, rare and limited production spirits through its online store, promoting these by regular e-mailings about new products to its subscribers. Caskers works with local fulfillment companies and vendors, in that specific state, to fill the order.

### Reservebar

Reserve Bar is a leading third-party e-commerce platform for premium and luxury spirits, which are offered for delivery to consumers. While the platform is not a licensed supplier, wholesaler, or retailer, it can connect consumers to licensed outlets. Reserve Bar provides new releases, special limited editions, celebrity-owned and influenced brands, cocktail content, and gifting, including personalized engraved bottles, spirits and accessory bundles, merchandise, and giftware.

US distributor Southern Glazer's Wine & Spirits acquired an equity stake in alcohol e-commerce platform Reserve Bar for an undisclosed sum in March 2021. The equity investment will help SGWS to 'effectively connect its supplier brands in luxury and premium segments to consumers in the fast-moving beverage alcohol digital e-commerce space'.

### Drizly

Drizly is the leading on-demand alcohol marketplace in the United States, available and designed to be fully compliant with local regulations in more than 1,400 cities across a majority of US states. Drizly works with thousands of local merchants to provide consumers with an incredible selection of beer, wine, and spirits with competitive, transparent pricing. Drizly is its own brand with a goal of amassing their own following, rather than helping spirits companies build their own brand. When they acquire a new customer from a spirits brand, they do not share the customer data back with the spirits brand. Rather, they re-market to that consumer with not just the latest product that was purchased, but all of the products in the Drizly portfolio.

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 202



In February 2021, Uber acquire Drizly for approximately $1.1 billion in stock and cash. After the completion of the transaction, Drizly will become a wholly owned subsidiary of Uber. Drizly's marketplace will eventually be integrated with the Uber Eats app, while also maintaining a separate Drizly app.

## White-Label Stores

White-label stores provide integrated e-commerce shopping carts that allow brands to keep their branding consistent, with a look and feel that mimics the brand's own website throughout a transaction that takes place on a third-party site. This allows spirits brands to own the customer's experience throughout the sales process. Consumers purchase directly from a spirit's brand website without the distractions of other brands or competitors.

The primary White-Label e-commerce platform companies are:

### Barcart / Mash & Grape

Barcart enables e-commerce on brands' sites, provides data-driven campaigns on Facebook, Instagram, and e-mail marketing. Barcart is the name of the e-commerce shopping cart and technology for Mash & Grape. The company operates through a network of retailers in 11 states that provide fulfillment for consumers to more than 40 states. Mash & Grape has grown quickly recently and is starting to have challenges with customer relations. Adi Pal, is CEO.

### Cask and Barrel Club

Cask and Barrel Club offers alcoholic beverage brands the opportunity to leverage your paid and owned assets to directly drive e-commerce sales through a brand specific online shop, with full access to customer & sales data and Google Analytics. Owned by industry innovators, the Shayne family has a combined 80 years' experience in the alcoholic beverage industry, both in marketing and sales. In 1993, Alan Shayne founded the first direct-to-consumer alcoholic beverage brand in the United States. Our full-service fulfillment process stays within one network of family-owned businesses and orders dispatch within 1-2 business days after order placement.

Cask and Barrel Club is currently at max capacity and not accepting any new clients. They operate a central fulfilment warehouse in Florida, from which they ship all products.

### Passion Spirits

Founded in 2009 in Fort Lauderdale, is the oldest of the existing white label stores. Passion Spirits describes itself as a "Boutique Sales and Marketing Agency" focused on managing selected wines and spirits. It operates an online storefront to assist consumers to connect to Retailers to engage in the sale, service, and delivery of alcoholic beverage products. All orders placed are reviewed, accepted and ultimately fulfilled by licensed alcohol beverage retailers. Passion Spirits assists in the fulfillment of orders through retailers across the U.S. Wine and spirits are shipped to consumers directly by a retailer, not Passion Spirits. Its corporate mission is "to be the best alternative for small to medium sized brands looking for a local sales partner." Passion Spirits maintains a boutique approach, representing a small portfolio of complementary products. Its store front is pretty basic. Its biggest advantage is that its longevity has allowed it to amass a large database of consumers to which it markets the spirits brands it represents. Alain Scheiman, is CEO.

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 203



### Speakeasy Co.

Speakeasy Co. seems to be the white label storefront with the most momentum and media attention in 2021. Founded in 2015 in San Diego, CA, it is a three-tier compliant e-commerce platform that enables beverage alcohol brands to now sell direct-to-consumer, currently has more than 140 craft brands on the platform. They handle It received a seed investment from Goat Rodeo Capital in October 2020. Speakeasy co-founder Josh Jacobs is well spoken and always on message in media interviews.

Speakeasy offers services for digital advertising, merchandise, cocktail kits, and gift bundle sales, and quality control for all packages with Centralized Fulfillment from one warehouse in Los Angeles, without having to rely on independent retailers to manage fulfillment.

### Thirstie

Thirstie positions itself as the first e-commerce solution that provides alcohol brands (spirits, wine, ready-to-drink cocktails, and beer brands), complete control over their online shopping experience. Its objective is to help alcohol brands of all sizes take advantage of an underdeveloped e-commerce space by democratizing the industry. Its "Thirstie Access" solution provides brands the ability to sell "direct-to-consumer," unlock consumer data, and grow revenues, in a cost effective, turn-key manner better marketing ROI and sales performance. Thirstie's innovative solution harnesses consumer transaction, demographic and attribution data within an easy-to-use brand dashboard, securely encompassing consumer data and persona profile insights for precision marketing.

Thirstie describes its "Thirstie Access" white label solution as a way for alcohol brands to unlock e-commerce capabilities enabling "direct-to-consumer" sales via their brand website, and to connect directly with consumers. It provides a full e-commerce-enabled website for brands, synchronized with a API and an expansive retail network.

Thirstie has partnered with hundreds of retail partners who receive orders and deliver products to customers across the U.S. Thirstie retail networks operated exclusively in state, ensuring full legal and regulatory compliance. Through a unique strategic alliance, Thirstie's  web-based distribution platform legally increases the number of retailers a brand is sold in. Its distribution solution enables retailers to easily purchase a brand's products across the U.S. Thirstie CEO is Devaraj Southworth.



## BIG THIRST, INC. Competitor Comparisons

| | Big Thirst, Inc. | Mash & Grape | Cask & Barrel Club | Passion Spirits | Speakeasy | Thirstie |
|---|---|---|---|---|---|---|
| Year Started | 2021 | 2014 | 2016 | 2009 | 2015 | 2013 |
| Client Base | 0 | 142 | | | 140 | |
| Accepting New Clients | Yes | Yes, with wait list | No | Yes, with wait list | Yes, with wait list | Yes, with wait list |
| Fulfillment centers/retailers | 15 by 2022 | 11 | 1 | 1 | 1 | Up to 20 |
| Retailer Margin | | 30% | | | | |
| Set-Up Fees | $0 | | | | $1,000 | $500-2,500 |
| Tier 1 | $299 | $199/month | $350/month | | $299/month | $500/month |
| Tier 2 | $399 | $299/month | | | | $1,000/month |
| Tier 3 | $499 | | | | | $2,500/month |
| Inventory Storage Fees | No | | $20/case/month | | | |
| Processing Fee | 2.6%+$0.30 per transaction | 2.9% | Processing fee + $1.50/order | | 2.9% | |
| Profit on sale | 12.5% | | | | 12.5% + $1.80 | |
| Email Marketing | $500 ea | $500 ea | | | | |
| Buy Buttons embedded on spirits website | Yes | Yes | No, site on separate subdomain | No | | Yes & site on separate subdomain |
| Free install of ecommerce | Included | No | Included | NA | | $1,000 |
| Abandoned Cart emails | Yes | Yes | Yes | | Yes | Yes |
| Marketing support | Yes | Only Email Marketing | | No | | |
| Promo Codes | Unlimited | 1 at a time | | No | | |
| Full-service fulfillment | Included | Included | Included | Included | Included | Included |
| External ecommerce shop | Bigthirst.com | Mashandgrape.com | NA | Passionspirits.com | NA | NA |
| Data Dashboard | Fully integrated marketing & ecommerce data | Yes, only e-commerce data | No, download data only | No | No, download data only | Yes, but only ecommerce data |
| Digital Ads | Add-on | No | No | No | Add-on | Add-on |
| Data Integration | | | | | | |
| Google Analytics | Integration available | No | Subdomain only | No | Subdomain only | Subdomain only |
| Google Ads | Integration available | No | No | No | Maybe | No |
| Facebook Ads | Integration available | No | No | No | Maybe | No |
| Sales Goals | Integration available | No | No | No | No | No |
| Industry Benchmarks | Integration available | No | No | No | No | Only on e-commerce sales |



## How We Are Different

BIG THIRST, INC. is differentiated from its competitors in three important ways:

- **A Full Brand Solution**. We offer an end-to-end solution for emerging craft brands from recipe development to final sale. BIG THIRST, INC. draws on the expertise of Big Thirst Consulting to help distilleries get started, get into distribution, and manage on premise, off premise, and online sales. We offer a complete suite of marketing services through Big Thirst Marketing to help spirits suppliers fully develop and maintain their brand online. With deep experience building brands and implementing marketing campaigns for spirits companies, Big Thirst Marketing has the staff and capabilities to provide package design, website design, shopping cart implementation, digital advertising, email marketing, social media management, and public relations.

- **Segmentation**. We will focus on providing solutions for emerging craft spirits brands seeking a new route to market. Whereas the entrenched competitors offer their services to the macro brands, we will target the up-and-coming suppliers who do not have existing relationships with an e-commerce provider. Our deep relationship and involvement in the American Craft Spirits Association through Big Thirst Consulting puts us in regular contact and gives us high visibility with craft spirits suppliers across the U.S.

- **Pricing Clarity**. We will offer a pricing structure for spirits brands that is easier to understand, allowing them to better plan for the monthly cost of working with BIG THIRST, INC. and better visibility into expected revenue.



## SWOT Analysis

| Strengths | Weakness |
|---|---|
| • Complete offering with distribution management, e-commerce capabilities, and marketing.<br>• Extensive relationships with craft distilleries in the U.S.<br>• Deep knowledge and experience in the beverage alcohol industry.<br>• Deep connections with media and influencers.<br>• Nimble team with diverse skills that can tackle most challenges without outsourcing.<br>• Customer service.<br>• Leveraging technology to do the work for us. | • Coming to market late.<br>• Not well-funded.<br>• Start-Up company.<br>• Time is of the essence. |
| **Opportunities** | **Threats** |
| • Provide a competitively differentiated ecommerce shopping solution and services that helps craft distilleries grow.<br>• Offer stellar customer service above and beyond current competitors.<br>• Faster on-boarding that other competitors.<br>• Competitors' lack of scalability. Right now, there are waiting lines for brands to be onboarded onto competitor sites.<br>• Competitors aim to sell product, we aim to help brands grow with BI tools, marketing, and advertising.<br>• PR, email marketing, Influencer and social media channels have not been utilized by competitors.<br>• The pandemic conditioned consumers to purchase everything online. | • Well-funded, entrenched competitors.<br>• Continually shifting state regulations on alcohol sales.<br>• New companies coming to market with more money. |



## PRODUCTS AND SERVICES

BIG THIRST, INC. is an online white-label store and shopping cart solution for spirits brands and distilleries to sell beverage alcohol products to consumers.

### Software & Tools

- **The BIG THIRST INC. BIG CART** shifts spirits brands' websites from a billboard into their own e-commerce engines enabling them to sell alcohol products and merchandise directly on their own domain while remaining three-tier compliant. The integrated shopping cart incorporates the brands' look and feel to retain consumer confidence in the purchase to increase sales and reduce cart abandonment in a seamless checkout experience. Because the shopping cart is integrated with a spirit brand's site, only its products are offered with no competitor's products to lure a customer away. This provides a new, managed avenue for sales that allows distilleries to focus on growing their business while realizing revenue. All transactions made through the Big Thirst Inc. Big Cart will be process through the three-tier system with orders fulfilled by a retailer, who has received product from a distributor partner.

- **The BIG THIRST BIG DATA Dashboard** and visualizations provides spirits brands with robust business insights that they have never been able to access before, all in one place. Gone are multiple reports with non-congruent data that act independently of each other. BIG DATA dashboards combine each individual customers data including e-commerce, Google Analytics, email marketing (Mailchimp), digital ads (Facebook & Google), individual business goals, and industry benchmarks. This data is then cross populated customizable, and digestible charts, KPIs and graphs to provide spirits brands better understanding of customer behavior with order data, demographics, and locations to help spirits brands better attract and retarget consumers for increased sales.

- **BIGTHIRST.COM** is an online storefront for all of our spirits customers products. Think amazon for brands. This digital storefront will sync with their Big Cart inventory and will be the fulfillment engine and customer support for both bigthirst.com and our spirits customers.

### Services

- **The BIG THIRST Big Success Team:** Unlike our competitors, we understand that our customers success directly impacts our revenue (we receive 12.5% profit on each product sold). Therefore, we will have a Customer Success Manager that will oversee the success of every account and will meet with them monthly to establish a solid partnership and work with their team to achieve sales goals, customize reports, or build collaborative marketing campaigns.

- **BIG THIRST Big Fulfillment Network:** Spirits brands can reach customers across the country with three tier compliant national shipping capabilities enabled by our network of retailers in key states who seamlessly handle fulfillment.

### Marketing Services

- Full website design and development for e-commerce-ready sites.
- Digital advertising and retargeting to make it easier for consumers to discover and purchase our brands' products.
- Direct to consumer marketing, email marketing, and automated cart abandonment emails.

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 208



# CUSTOMER SEGMENTATION

As a B-to-B-to-C company, our customer base is primarily craft distilleries and spirits brands located in or selling in the United States.

## Spirits Brands

Our primary customers are Spirits Brands with consist of:

- Craft Distilleries
- Domestic spirits brands, which is a spirits product company that doesn't own a distillery or even a physical location
- International spirits brands

Rather than target large, multi-national spirits producers who have well-established routes to market, we will target up-and-coming craft distilleries and smaller domestic and international spirits brands who are eager to expand their market reach to a national audience. Attributes of a craft distillery that are important to us include:

- A distillery who values the importance of transparency in distilling, and remains forthcoming regarding their use of ingredients, their distilling location and process, bottling location and process, and aging process.
- A distillery that produces fewer than 750,000 gallons annually.
- A distillery that directly or indirectly holds an ownership interest of less than 50% of the DSP.

International spirits brands that are entering the U.S. market are eager to get help navigating the complex regulations. We are well equipped to assist with distribution and e-commerce as a one-stop shop for international brands.

## Retailers

We will build a network of retailers in located in states where retailers are legally permitted to ship directly to consumers including California, Connecticut, Florida, Idaho, Louisiana, Nebraska, Nevada, New Hampshire, New Mexico, North Dakota, Oregon, Virginia, Washington, D.C., West Virginia, and Wyoming. Initially we will focus on securing agreements for sales and fulfillment retailors located in states that allow for direct to retail shipping including California, Florida, New York, and Washington, D.C.

## Consumers

Amazon Prime has conditioned people to expect that they can buy anything they want online quickly and shipped to their home for free. Craft brands are often preferred by consumers, but are purchased less frequently than the big brands because they are simply harder to find. We will connect consumers with spirits brands by creating attractive, easy to use shopping carts that are seamlessly integrated into the websites of spirits brands,

With BIG THIRST, INC. consumers will interact directly with spirits brands, rather than a noisy online store. We'll facilitate brand affinity by keeping every touchpoint linked explicitly to the spirits brand. We will help them find a brand's website through digital advertising and newsletters, and they will not need to leave the brand's website to purchase alcohol products and merchandise, just as they would from any other non-alcohol consumer goods website. We'll provide an easy-to-use shopping cart that is seamlessly integrated with the spirits brand's website, an order confirmation email with the spirits brand's logo, and follow up communication that is all branded.

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 209



**Target Consumer—Whiskey Consumers/ Whiskey Explorers**: They see the beauty in things and takes time to appreciate everything. They are bold, adventurous, captivating, worldly and comfortable with themselves and willing to be unconventional.

- Primary Age Range — 35 to 59 years old. Gen X (birth years ranging from the early-to-mid 1960s to the early 1980s) will surpass the baby boomers by around 2022 to become the largest beverage alcohol–consumer demographic in the US. By 2027, millennials will surpass Gen Xers in consumption.
- Gender — 78% Men, 22% Women
- Income — $150k and up
- Preferences—They appreciate life experiences, finer things, but are also down to Earth.
- Diverse interest, artistic, appreciate quality, farm to table, care about ingredients -it has to start with sustainable, local, fresh, healthy and organic. Has to taste great at a fair price. They're interested in the maker, the process, the story. They appreciate honesty, transparency, authenticity, and quality. They are willing to pay for quality.

## Changing Consumer Buying Habits

The quarantine and closures of bars and restaurants caused by Covid-19 lead to seismic shifts in the way the U.S. beverage industry functioned, changing regulations also fundamentally altered the way consumers purchased and enjoyed alcoholic beverages. The shifting perceptions of "normal" and attempts to socialize safely amidst the pandemic led to unexpected trends in the beverage industry that will last long after the pandemic subsides.

These changing consumer behaviors are reflected strongly across e-commerce channels, as consumers found that purchasing alcohol online was a safe and convenient alternative to shopping in store. According to Nielsen data e-commerce retail sales of alcohol are up as much as 234% during the Covid-19 period compared to a year prior. The primary changes in consumer purchase habits that will lead people to buy from spirits brands using the BIG THIRST, INC. e-commerce platform include:

- **The rise of at-home mixology**. Consumers are accustomed to purchasing spirits and mixers to make drinks at home. The convenience of purchasing with a click of a mouse will be a persistent e-commerce driver.
- **The Pursuit of Craft**. Three out of four consumers would prefer to drink craft spirits if they could purchase them conveniently. The introduction of e-commerce in the distilled spirits industry makes it possible for people to easily find and purchase spirits brands that may not otherwise be available to them.



# MARKETING PLAN

## PRICE

BIG THIRST, INC. has a straight-forward pricing structure allowing spirits brands know exactly what they will they pay without hidden fees. We offer a three-tier monthly retainer model offering increasing levels of capabilities, tools, and service:

Tier I — $299.00
>   Includes integrated shopping cart, buy buttons, basic sales reporting, product information on the Big Thirst online storefront, and basic customer support from the Big Success Team.

Tier II — $399.00
>   Includes integrated shopping cart, buy buttons, advanced sales reporting, and detailed brand information on the Big Thirst online storefront, and advanced customer support from the Big Success Team.

Tier III — $499.00
>   Includes integrated shopping cart, buy buttons, advanced and custom sales reporting, and custom brand information on the Big Thirst online storefront, and on-demand customer support from the Big Success Team.

In addition, we will assess a 12.5% fee per transaction.

## PRODUCT

BIG THIRST, INC. is an online white-label store and shopping cart solution for spirits brands and distilleries to sell beverage alcohol products to consumers. We provide a comprehensive set of Software and Tools including:
- The BIG THIRST INC. BIG CART, the e-commerce engine for spirits brands' websites
- The BIG THIRST BIG DATA Dashboard to help spirits brands better attract and retarget consumers for increased sales
- The BIGTHIRST.COM online storefront.

In addition, we offer extensive customer service and marketing services including the BIG THIRST Big Success Team, The BIG THIRST Big Help Team, Full website design and development, digital advertising, direct to consumer marketing, and Public Relations.

## PROMOTION

Big Thirst Marketing will serve as the promotional arm for BIG THIRST, INC. We will implement campaigns that employ a full marketing mix including Public Relations, Digital Advertising, Social Media Marketing, Email Marketing, and participation / sponsorship of Industry Events.

### Public Relations

We will have an initial launch with a press release distributed via wire service and by email to the Big Thirst Marketing database of more 500 journalists. We will conduct targeted outreach to specific journalists with a goal of conducting five media interviews with top trade publications that are well read by craft distillery owners. We expect the initial announcement to generate more than 100 press release stories as well as 3 to 5 in-depth profiles in national publications.

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 211



## Digital Advertising

BIG THIRST, INC. will implement an online advertising and social media ad program to increase our brand awareness, attract brands to sign up for our email newsletter, promote our products and services, and attract customers with the following:

- Design creative ad concepts and implement ads to increase brand awareness, promote events, increase traffic to the Blanco tasting room, and increase sales.
- Refine audience targeting and the demographics to ensure top performance of different types of ads.
- Track the campaigns success and generate a summary report to show the results and how they align with our agreed upon goals set for growing audiences.

## Social Media Marketing

We will leverage the existing Big Thirst social media platforms to launch campaigns targeted to attract spirits brands, distributors, retailers, and consumers as engaged fans. We will grow our audience, and engage our fans with the following activities:

- **Content Creation —** Create and regularly post a mix of relevant content to increase brand awareness and entice spirits brands to sign on as customers.
- **Smart Posting —** Manage a social media content calendar to plan posts, selecting post times by using social media analytics to better understand the performance of your content based on time of day, frequency, geography to ensure the best results.
- **Relationships Development** — Engage the community to build trust with two-way dialogue to increase followers, impressions, and mentions.

## Email Marketing

We will leverage our deep experience in email marketing and our extensive industry contacts to build a broad database of spirits brands, distilleries, distributors, retailers, and consumers who are interested in receiving information about the spirits industry, and our customers' brands. We will initiate campaigns to build a database of consumers eager to purchase spirits online, and begin marketing our customers brands to these consumers. Email marketing will be a cornerstone program for our ongoing marketing programs.

## Industry Events

We will consider speaking opportunities, sponsorship, and other promotions at industry events that are well attended by craft distilleries, including:

- American Distilling Institute Conference, August 23 – 25, 2021, Louisville, KY
- Distilled Spirits Council of the United States (DISCUS) Inaugural Conference, October 6 – 8, 2021, Fairmont Hotel, Austin, TX
- American Craft Spirits Association's (ACSA) Distillers Convention & Vendor Trade Show, December 4-6, 2021, Kentucky International Convention Center, Louisville, KY

## PLACE

BIG THIRST, INC. is headquartered in Texas, and operating in several states in the U.S. We are incorporated with the address:

    2101 Elton Lane

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 212



Austin, TX 78703

# LOGISTICS AND OPERATIONS PLAN

## SUPPLIERS

BIG THIRST, INC. will serve as a marketplace facilitator for the sale of beverage alcohol products produced by spirits brands and distilleries.

## COMPLIANCE

BIG THIRST, INC. will work within compliance of the three-tier system. The BIG THIRST, INC. legal and compliance team made up of the law offices of Hajjar Peters LLP and Mark Shilling will ensure all company activities, fees, and programs operate within the law. This is particularly important in the collection of fees and payment of state taxes.

BIG THIRST, INC. will help spirits brands expand sales with an online platform that is three-tier compliant. The three-tier system regulates how beverage alcohol is distributed requiring distilleries and producers, which are the first tier, to sell to a second tier which is distributors and wholesalers, who in turn sell to the third tier, retailers. BIG THIRST, INC. will allow spirits brands to engage directly with consumers online and manage their brand relationships without being interrupted by the middlemen. While spirits brands will sell through the three-tier system as usual, our platform puts the customer relationship directly into the hands of the brand.

Licensed spirits brands must receive all funds from the sale of alcoholic beverages and control all aspects of the financial relationship between them and any third parties acting on their behalf. The payment of a marketing fee by a spirits brand to an unlicensed entity, such as a BIG THIRST, INC. operating as a white label store front, is permissible as long as the fee is reasonable and does not create the appearance that an unlicensed entity is availing the privileges of an alcohol beverage licensee.

In many states, such as New York, the marketing fee should be flat or de minimis in comparison to the retailer's proceeds from the sale of alcohol. Although a marketing fee may generally be paid to a marketing company, product prices must be independently set by the alcohol beverage licensee in each of the three tiers. BIG THIRST, INC. will serve as the sales facilitator, but will not share in the profit of the sale. Instead we will collect the funds at the point of sale on the shopping cart, retaining our fee, and pass the balance on to the licensee, as outlined in this California advisory.

## SHIPPING AND FULFILMENT

We will simplify the process of shipping for spirits brands by working with a network of retail partners that are able to ship beverage alcohol products in states permitted by law. BIG THIRST, INC. will work within compliance of the three-tier system, which in the United States operates as 50 different markets, rather than one. Each state controls its distribution, creating challenges for distillers who want to ship out-of-state and causing disparities in selection, availability, and pricing of spirits products across the country.

BIG THIRST, INC. will not maintain inventory of beverage alcohol products. The supply chain flow is:

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 213



- Spirits Brand sells to a distributor.
- Distributor delivers products to retailer.
- Retailer fulfills online orders placed through the BIG THIRST, INC. shopping cart and store front, shipping or delivering products to consumers.

## Distributors

BIG THIRST, INC. will maintain relationships with small regional and large national spirits distributors as an avenue to reach additional spirits brands as customers, and additional retail partners. Distributors and wholesalers view the so-called "fourth tier" of e-commerce platforms as a new channel for us to call on and assist and drive volume. Distributors believe e-commerce platforms can provide value to suppliers as another brand-building avenue.

If needed, BIG THIRST, INC. will assist with connecting spirits brands with distributors in various states. Once spirits brands are in distribution, we will facilitate the process of finding the right retailers and licensed liquor stores and who are able to ship directly to consumers. The retailers are responsible for complying with applicable shipping and delivery rules. This reduces the time and effort required for spirits brands to navigate the state-by-state requirements for distribution.

We will pursue two methods which allow spirits brand to ship beverage alcohol products to consumers by using our white label e-commerce platform:

1. We will pursue relationships with retailers in "Direct to Retail" states including California, Florida, New Jersey, New York, and Washington D.C. where it is possible for our retail partners to buy directly from a party such as Park Street, bypassing high distribution margins. We will explore relationships with that have both Distribution and Retail License and can ship to various states across the country. This pricing model would be for all suppliers /brand owners that are selling directly to these specific retailers to bypass traditional route-to-market where distributors make 28% in Gross Profit, and retailers make 30% GP.

2. We will use our relationships with distributor such as Empire Merchants North LLC, Southern Wine and Spirits, Republic National Distribution Company, Breakthru Beverage, Young's Market, and Winebow to offer distribution in 10 to 15 states where we have a network of brick-and-mortar retail partners. We will negotiate margin share with distributor for e-commerce sales that is attractive to spirits brand owners.

## Retailers

BIG THIRST, INC. will develop a network of retail partners that can ship beverage alcohol products in states permitted by law and have their own local delivery mechanism. We will serve as a sales arm for partner retailers to attract more craft brands, reach more consumers, increase revenues, and move more inventory. We will provide an online system for retailers to sign up, integrate with their POS system, and reconcile their inventory with our product catalog to get the BIG THIRST, INC. platform operational quickly.

Retailers with whom we will pursue relationships include:

- ABC Wine & Spirits, Orlando, FL
- AVA Family Corp, Ceres, CA
- Bacchus Wine, Millbrae, CA
- ABC Wine & Spirits, Orlando, FL

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 214



- Benhatzel's Cordially Yours, Depew, NY
- BevMo! Concord, CA
- Broadway Spirits, New York, NY
- East Branch Organics, Keene, NY
- Grapes The Wine Company, White Plains, NY
- Half Time Beverage, Poughkeepsie, NY
- Premier Wine & Spirits, Amherst, NY
- Sherry-Lehmann Wine & Spirits, New York, NY
- Star Wines & Liquors, Monroe, NY
- Tin Woodman's Flask, Chittenango, NY
- Viscount Wines, Wappingers Falls, NY
- Wayne's Villa Park Liquor, Villa Park, CA

## State Coverage

Through its network of retail partners BIG THIRST, INC. plans to ship to California, Colorado, Connecticut, Delaware, Illinois, Kentucky, Massachusetts, Missouri, Minnesota, Nevada, New York, Washington, and Washington D.C. at the time of our launch. We intend to expand our shipping footprint to up to 41 states within the first year of operations.

## Shipping Cost

BIG THIRST, INC. will configure shipping costs to a flat fee on spirits brands' websites. The flat rate fee is based on the average cost of shipping across states and product mix as detailed in our three-year financial plan. Consumers will pay the flat fee. We will offer the option for our spirits brands customers to subsidize the cost of shipping for consumers and offer discounted shipping based on order amount.

## Shipping and Delivery Restrictions:

We reserve the right to ask for proof of identity before assisting you with your purchase through a Retailer. The Retailer and its common carrier, if applicable, will require an adult signature with proof of age verification at the time of delivery. Retailers do not ship to PO Boxes.

## Shipping and Delivery Policy

Orders placed are fulfilled by partner retailers. Retailers general ship via several courier services, such as UPS or FedEx. These companies will email a tracking number to you upon pickup from the retailer. Due to Federal Aviation Administration regulations, retailers are not able to provide overnight shipping for Products that contain 70% ABV or higher. During times of inclement weather, including extreme heat or cold, we recommend shipping overnight to reduce the time in transit or postponing until conditions improve. The purchaser assumes all liability for wines/spirits damaged en route due to weather.

## Shipping Regulations/Restrictions

Certain states prohibit the direct importation of alcohol from certain other states. Orders will not be processed for those states. If orders are placed for address within those states, the order may be canceled, and a complete refund will be issued. It is the consumer's responsibility to know whether you may receive shipments from out-of-state Retailers. BIG THIRST, INC. makes no representation as to any laws, rules or regulations regarding the sale, service, transportation, or delivery of alcoholic

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 215



beverages. BIG THIRST, INC. is not liable for any loss or damage arising from failure to comply with the terms set forth in our Terms and Conditions or compliance with any applicable laws.

All orders over $500, where the billing and shipping addresses do not match, including gift purchases, will require additional time for credit card authorization. Orders paid by electronic check or PayPal will be shipped after the funds have cleared. International customers who are purchasing gifts for friends and family within the United States must pay through a "confirmed" PayPal account. We are not able to accept credit cards for international transactions.

## Payments

BIG THIRST, INC. guarantees that payments, less its fees, will be used to purchase and ship the beverage alcohol products from retailers to the address that the consumer provides.

## Refund Policy

BIG THIRST, INC. will ask consumers to contact the company before attempting a return. All refund requests must be made within twenty (20) days of the receipt of delivery date. BIG THIRST, INC. will work with the Retailer to arrange for a return, refund or credit, but returns, refunds or credits are not accepted by all Retailers in all states. If a consumer suspects a Product is spoiled or defective, we ask that they reseal the unused portion of the bottle and contact BIG THIRST, INC., who will contact the Retailer and advise consumers of next steps. There are no refunds for empty bottles. Spoiled or defective Products may generally be exchanged for an item of equal or greater value only.

If the Retailer sent the wrong Product to a consumer, BIG THIRST, INC. will arrange for a replacement through the Retailer.

## FACILITIES

BIG THIRST, INC. will have a remote working model with principals and employees officing in their own locations at the start. We will not maintain real estate for centralized facilities in the near term, however we intend to lease office space as soon as revenue generation allows as early as 2022.

## EQUIPMENT AND EQUIPMENT

BIG THIRST, INC. will operate with little physical equipment at first. We will determine equipment needs include computers, cameras, etc. in the future. We will purchase several software subscriptions including Panoply, Trevor.io, Shopify bigthirst.com, Customer Login portal, Mailchimp, Location Based Fulfillment App, Zen Desk Customer Services, Zen Desk Sales, QuickBooks, and SproutSocial.

**THINK BIG! WE ACCELERATE SALES FOR SPIRITS BRANDS.**

WYLIE 216



**Think Big! We accelerate sales for spirits brands.**

## FINANCIAL PLAN

### INVENTORY

BIG THIRST, INC. will not produce, provide, or sell beverage alcohol products or transport beverage alcohol products. It will not be a licensed alcohol beverage retailer or carrier. Inventory will be held by licensed retailers doing business with BIG THIRST, INC. and its customers.

### INCOME STATEMENT

Projected revenue sources and expenses in 2021 include.

- See financial plan here.

### CASH-FLOW STATEMENT

Cash-flow forecast in 2021.

- See financial plan here.