

**From:** Matt McGinnis matt@bigthirst.com
**Subject:** RE: Merging my clients
**Date:** November 6, 2021 at 12:31 PM
**To:** Wylie Donoho wylie@bigthirst.com

For clarification – my last line of let's do what you outlined below, I mean setting a road map for growth of Inc. for the next 1, 3, and 5 years.



**Matt McGinnis**
Founder & CEO
Big Thirst Inc.

512-809-8712
matt@bigthirst.com
bigthirst.com

**Get Your Bottles Moving**

---

**From:** Matt McGinnis
**Sent:** Saturday, November 6, 2021 10:02 AM
**To:** Wylie Donoho <wylie@bigthirst.com>
**Subject:** RE: Merging my clients

Yes, let's discuss. It needs to make sense all the way around.

Yes, the intent is to grow the marketing functions of Big Thirst, Inc. However I see that growth as mainly in the disciplines that drive online sales directly – email marketing and digital ads. Once we have the ability to hire marketing team members fully funded by Inc., we can grow that portion of the biz.

Right now Big Thirst Inc. is not set up to have:
1. Social media tools like SproutSocial
2. PR tools like Cision
3. Marketing Employees. I see our hiring priorities as sales and customer service.

All of our marketing team members are contractors to Big Thirst Marketing currently. All of our marketing tools are paid for by Big Thirst Marketing currently. Near term, I don't see us having the financial ability to change that.

For the near term, I think it makes sense to recognize any new marketing business from a completely new Inc. client – like Vantgaurd – in Inc. with a team member having a 1099 with both Marketing and Inc.

Let's do exactly what you outline below!



EXHIBIT 3/28
McGinnis 06
WYLIE 260
Planet Depos, LLC



**Matt McGinnis**
Founder & CEO
Big Thirst Inc.

512-809-8712
matt@bigthirst.com
bigthirst.com

Get Your Bottles Moving

**From:** Wylie Donoho <wylie@bigthirst.com>
**Sent:** Saturday, November 6, 2021 9:48 AM
**To:** Matt McGinnis <matt@bigthirst.com>
**Subject:** RE: Merging my clients

Let's discuss. I thought we agreed that any new marketing clients that come through Big Thirst Inc. would be baked into the Big Thirst Inc. revenue. Did I misunderstand? Though it would be financially beneficial to move my clients to BTM, I can't move my clients into a company I don't own. That doesn't feel right to me. I see Big Thirst Inc becoming a huge marketing powerhouse driven by both of us where all of these costs would be taken on by Big Thirsts new clients and Big Thirst Marketing would pay their share for any portions they use.

Let me know when you'd like to discuss this. Not a huge priority, but the sooner we have our road map in place for how we actually want to grow Inc. I think a lot of these answers will come forward easily. How about before we meet we draw up a 1, 3, and 5 year growth goal (or capital goal) for what we can do with money we bring in. We have to do this anyway for our investor deck. Let's see what ideas we come up with and how we can unify our goals.

Have a great weekend and safe travels.

[Schedule a Meeting](#)



**Wylie Donoho**
Founder & COO
Big Thirst Inc.

503-989-7589
wylie@bigthirst.com
bigthirst.com

Get Your Bottles Moving

**WYLIE 261**

On Fri, Nov 5th, 2021 at 3:37 PM, Matt McGinnis <matt@bigthirst.com> wrote:
> Hi Wylie,
>
> I think it makes sense to merge these to take advantage of efficiencies. I agree that January makes sense to start new w9 / 1099 docs.
>
> As an executive of Big Thirst, Inc., I can understand why it would make sense for you to want to roll your clients under this umbrella. However, the synergies actually exist with Big Thirst Marketing – tools and personnel.
>
> As I said, I would be happy to have these as a pass-through without me cutting into your margin (this assumes that I have no responsibility for client work or personnel management). The exceptions would be for:
> - A share of any software cost for SproutSocial, Asana, Cision, etc. that are used by people working on these accounts
> - A portion of the cost for bookkeeping – invoicing, payroll, taxes, etc.
>
> We can discuss this further to make sure it all makes sense for you.
>
> As we discussed recently, I don't think it makes sense to merge the Big Thirst companies at this time as each of the 3 has a different financial set-up, governance, legal entities, etc.
>
> Cheers, Matt
>
> **Matt McGinnis**
> Founder & CEO
> Big Thirst Inc.
>
> 512-809-8712
> matt@bigthirst.com
> bigthirst.com
>
> Get Your Bottles Moving

**From:** Wylie Donoho <wylie@bigthirst.com>
**Sent:** Friday, November 5, 2021 10:41 AM
**To:** Matt McGinnis <matt@bigthirst.com>
**Subject:** Merging my clients

Hi Matt,
I think merging my clients in 2022 is the best way forward. I don't want them to worry

about 1099s now at the end of the year. I think this will help streamline costs. This is merging with Inc. you good with that?

My clients are:
Crow Engineering & Miloptic varies based on projects  (my brothers companies)
AerMist - $8-1k Jelena's husband Kristin does the social
Garbos - $3k Kristin does social, Jennifer helped with one event
Liaison (they need help managing allscripts website) not sure what this monthly retainer would be. It's not a lot of work.


Let me know what you think. Is it worth it to combine BTM too for the SBA stuff?


**Schedule a Meeting**



### Wylie Donoho
Founder & COO

Big Thirst Inc.

503-989-7589
wylie@bigthirst.com
bigthirst.com

**Get Your Bottles Moving**