IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HUNTER WYLIE,<br>   Plaintiff | § § § | |
| v. | § § | CASE NO. 1:24-cv-01512 |
| BIG THIRST, INC. AND MATT MCGINNIS,<br>   Defendants | § § § | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE

Defendants Matt McGinnis and Big Thirst, Inc. file this response to Plaintiff's Motion to Strike [Dkt 44], and would respectfully show the following:

### I. INTRODUCTION

1. Plaintiff moves to strike Defendants' Reply Appendix as "improper summary judgment evidence" containing "unauthenticated documents" and "hearsay". This fails because the Appendix is not evidence. It is an Illustrative Aid governed by Federal Rule of Evidence 107, consisting of Plaintiff's own exhibits annotated to assist the Court.

2. Plaintiff filed a "haystack" of transcripts and emails to obscure the absence of a written promise. To aid the Court, Defendants provided an annotated copy of Plaintiff's own exhibits to demonstrate that no "needle" exists. Because the Appendix is an illustrative aid, Plaintiff's evidentiary objections are moot.

### II. ARGUMENT

A. The Appendix is a Permissible Illustrative Aid Under Fed. R. Evid. 107.

3. Federal Rule of Evidence 107(a) permits an illustrative aid "to help the trier of fact understand the evidence or argument." That is the Appendix's sole function: it organizes the voluminous record Plaintiff created to help the Court understand Defendants' argument that no written promise exists.

4. Plaintiff's objections regarding hearsay and authentication are foreclosed by Rule 107(b), which explicitly states: "An illustrative aid is not evidence." The Appendix is a tool for argument, not a substantive evidentiary submission. Therefore, the strict admissibility standards Plaintiff cites do not apply.

B. The Aid's Utility Outweighs Any Risk of Confusion.

5. Rule 107(a) allows an aid unless its utility is "substantially outweighed by the danger of... confusing the issues." Here, the utility is high: the Appendix provides a necessary roadmap to hundreds of pages of irrelevant documents. Conversely, the risk of confusion is nonexistent because the Appendix consists of Plaintiff's own exhibits, merely annotated by counsel to facilitate review.

### III. CONCLUSION

6. The Appendix is an Illustrative Aid under Rule 107, not new evidence. Plaintiff's evidentiary objections are inapplicable.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court DENY Plaintiff's Motion to Strike.

Dated: December 16, 2025                Respectfully Submitted,

*/s/John W. Thomas*
**JOHN W. THOMAS**
State Bar No. 19856425
THOMAS WILLIAMS MCCONNELL PLLC
2104 San Antonio Street
Second Floor
Austin, Texas 78701
Telephone: (512) 495-1447
Email: jt@twmattorneys.com

**ATTORNEY FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

      I certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record listed below via e-mail and through the e-filing portal on December 16, 2025.

Lema Mousilli
MOUSILLI LAW, PLLC
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Telephone: (281) 305-9313
Email: lema@mousillilaw.com
*Attorney for Plaintiff*

                                               */s/ John W. Thomas*
                                               John W. Thomas