IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **HUNTER WYLIE,** § | | |
| Plaintiff § | | |
| § | | |
| v. § | | CASE NO. 1:24-cv-01512-ADA |
| § | | |
| **BIG THIRST, INC. AND MATT MCGINNIS,** § | | |
| Defendants § | | |

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE

Before the Court is Plaintiff's Motion to Strike Defendants' Reply Appendix [Dkt 44]. After considering Plaintiff's Motion, the Response, the record and the applicable law, the Court is of the opinion that the Motion is without merit and should be DENIED.

It is HEREBY, ORDERED that Plaintiff's Motion to Strike is hereby **DENIED.**

SIGNED on this _____ day of _____, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE