IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HUNTER WYLIE,<br>　　　Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | CASE NO. 1:24-cv-01512-ADA |
| BIG THIRST, INC. AND MATT MCGINNIS,<br>　　　Defendants | §<br>§<br>§ | |

### ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff's Motion for Summary Judgment. After considering the motion and related pleadings, along with the evidence presented by the parties and the arguments of counsel, the Court has decided that the Motion should be DENIED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Summary Judgment is hereby DENIED.

SIGNED on this _____ day of _____, 202\_.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE