IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HUNTER WYLIE,<br>    Plaintiff | § § § | |
| v. | § § | CASE NO. 1:24-cv-01512-DAE |
| BIG THIRST, INC. AND MATT MCGINNIS,<br>    Defendants | § § § | |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is Counsel for Defendants Big Thirst, Inc. and Matt McGinnis Motion to Withdraw. After considering the Motion, agreement of the parties and the applicable law, the Court finds that good cause exists for the withdrawal of John W. Thomas and the law firm of Thomas Williams McConnell, PLLC, and grants the motion in all respects.

It is HEREBY ORDERED that John W. Thomas and the law firm of Thomas Williams McConnell, PLLC be allowed to withdraw as counsel for Defendants are hereby withdrawn as counsel of record for Big Thirst, Inc. and Matt McGinnis,.

SIGNED on this __29th__ day of __December__, 2025.

_____
David Alan Ezra
Senior United States District Judge