IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2026 JAN 30 PM 2: 53
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

HUNTER WYLIE,
Plaintiff,

v.                                CASE NO. 1:24-cv-01512-ADA

BIG THIRST, INC. AND MATT MCGINNIS,
Defendants.

### NOTICE OF APPEARANCE BY PRO SE LITIGANT

My name is Matthew J. McGinnis

I am the Defendant in this case.

I will represent myself and I hereby enter my appearance with the Court. If I decide to be represented by an attorney in the future, either my attorney or I will notify the Court of the change immediately.

In representing myself, I understand that I MUST:

　　1.　Notify the court, in writing, of any changes in my address, phone number or email address.
　　2.　Give or send copies of any paper I file with the Court to all parties in this case. If the other party has an attorney, I WILL give or send copies of any papers I file to that party's attorney via first class mail, via facsimile transmission, hand delivery, or email.

My Street Address                          My Mailing Address

| Big Thirst, Inc., and Matthew J. McGinnis | Big Thirst, Inc., and Matthew J. McGinnis |
|---|---|
| 2101 Elton Lane | 2101 Elton Lane |
| Austin, Texas 78703 | Austin, Texas 78703 |
| 512-809-8712 | 512-809-8712 |
| matt@bigthirst.com | matt@bigthirst.com |

Date: January 30, 2026   Signature: _Matt M'Se_   Name Printed: Matthew J. McGinnis

CERTIFICATE OF SERVICE
I certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record listed below via e-mail on January 30, 2026.

Lema Mousilli
MOUSILLI LAW, PLLC
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Telephone: (281) 305-9313
Email: lema@mousillilaw.com