IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2026 JAN 30 PM 2:53
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ CR _____
DEPUTY

HUNTER WYLIE,
Plaintiff,

v.

CASE NO. 1:24-cv-01512-ADA

BIG THIRST, INC. AND MATT MCGINNIS,
Defendants.

## MOTION FOR COURTS PERMISSION BY PRO SE LITIGANT

My name is Matthew J. McGinnis

I am the Defendant in this case.

I ask the Court to provide electronic copies of the motions filed by Plaintiff, Hunter Wylie, on Monday, January 12, 2026. The two documents requested include:

51
REPLY to Response to Motion, filed by Hunter Wylie, re45 MOTION for Summary Judgment filed by Hunter Wylie (Palavan, Shea)

50
REPLY to Response to Motion, filed by Hunter Wylie, re44 MOTION to Strike43 Reply to Response to Motion, and Appendix Thereto filed by Hunter Wylie (Palavan, Shea)

| My Street Address | My Mailing Address |
|---|---|
| Big Thirst, Inc., and Matthew J. McGinnis | Big Thirst, Inc., and Matthew J. McGinnis |
| 2101 Elton Lane | 2101 Elton Lane |
| Austin, Texas 78703 | Austin, Texas 78703 |
| 512-809-8712 | 512-809-8712 |
| matt@bigthirst.com | matt@bigthirst.com |

Date: January 30, 2026   Signature: _Matt McG_   Name Printed: Matthew J. McGinnis

CERTIFICATE OF SERVICE
I certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record listed below via e-mail on January 30, 2026.

Lema Mousilli
MOUSILLI LAW, PLLC
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Telephone: (281) 305-9313
Email: lema@mousillilaw.com