## CORRECTED CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Summary Judgment, and any attachments, was served to the parties below, and their counsel of record, if any, in accordance with the governing rules of procedure regarding service on this January 15, 2026, via USPS certified mail as follows:

Matt McGinnis
2101 Elton Lane
Austin, Texas 78703
Tel. (512) 809-8712

Big Thirst, Inc.
c/o Matt McGinnis
2101 Elton Lane
Austin, Texas 78703
Tel. (512) 809-8712

*Pro Se* Defendants,
Big Thirst, Inc. and Matt McGinnis

                                             */s/ Shea N. Palavan*
                                             Shea N. Palavan