AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

<table>
<tr><td>HUNTER WYLIE</td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Case No.   1:24-CV-01512-DAE</td></tr>
<tr><td>BIG THIRST, INC. and MATT MCGINNIS</td><td>)</td><td></td></tr>
<tr><td><i>Defendant</i></td><td>)</td><td></td></tr>
</table>

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Big Thirst, Inc. and Matt McGinnis                                          .

Date:     03/24/2026

/s/ Peter T. Gregg
*Attorney's signature*

Peter T. Gregg, SBN 00784174
*Printed name and bar number*

GREGG LAW, P.C.
910 West Avenue, Suite #3
Austin, Texas 78701

*Address*

pgregg@gregglawpc.com
*E-mail address*

(512) 522-0702
*Telephone number*

(512) 727-6070
*FAX number*