AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| HUNTER WYLIE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-CV-01512-DAE |
| BIG THIRST, INC. and MATT MCGINNIS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Big Thirst, Inc. and Matt McGinnis                                                  .

Date:     03/24/2026                                         /s/ Curran M. Walker
                                                                              *Attorney's signature*


                                                                    Curran M. Walker, SBN 24101288
                                                                       *Printed name and bar number*

                                                                              GREGG LAW, P.C.
                                                                       910 West Avenue, Suite #3
                                                                          Austin, Texas 78701

                                                                                   *Address*


                                                                    cwalker@gregglawpc.com
                                                                              *E-mail address*

                                                                              (310) 795-6125
                                                                          *Telephone number*

                                                                              (512) 727-6070
                                                                              *FAX number*