**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| HUNTER WYLIE, | § | |
| *Plaintiff,* | § | |
| | § | CASE NO. 1:24-CV-01512-DAE |
| v. | § | |
| | § | |
| BIG THIRST, INC. and MATT MCGINNIS, | § | |
| *Defendant.* | § | |

**NOTICE OF HEARING REQUEST**

Defendants Big Thirst, Inc. and Matt McGinnis ("Defendants") file this Notice of Hearing Request.

At a hearing on September 30, 2025, Judge Albright invited Defendants to file a motion for summary judgment.[1]  On November 12, 2025, Defendants filed a motion for summary judgment.  On November 13, 2025, the case was transferred to Judge Ezra.  On November 14, 2025, the Court vacated the trial date and trial-related deadlines.

Defendants' prior counsel subsequently withdrew, effective December 29, 2025, and the undersigned counsel entered an appearance in this action as counsel for Defendants on March 24, 2026.  Defendants' November 12, 2025 motion for summary judgment remains pending. Defendants therefore respectfully request that a hearing be set on Defendants' motion for summary judgment.

Respectfully submitted,

**GREGG LAW, P.C.**
910 West Avenue, Suite #3
Austin, Texas 78701
(512) 522-0702 (Phone)
(512) 727-6070 (Facsimile)

By: _/s/ Curran M. Walker_
    Peter T. Gregg, Lead Counsel

---

[1] September 30, 2025 Hearing Tr. at 11:4-16.

*Notice of Request for Hearing on Defendants' MSJ*                                    Page 1

State Bar No. 00784174
pgregg@gregglawpc.com
Curran M. Walker
State Bar No. 24101288
cwalker@gregglawpc.com

***ATTORNEYS FOR DEFENDANTS BIG THIRST, INC. AND MATT MCGINNIS***

## **<u>CERTIFICATE OF SERVICE</u>**

I certify by my signature above that a true and correct copy of the foregoing document was served on the persons as indicated below on April 3, 2026:

Lema Mousilli
Shea N. Palavan
Mousilli Law PLLC
11807 Westheimer Road, Suite 550
PMB 624
Houston, Texas 77077
service@mousillilaw.com


　　　　　　　　　　　　　　　　　　　*/s/ Curran M. Walker*
　　　　　　　　　　　　　　　　　Peter Gregg / Curran M. Walker