**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| HUNTER WYLIE, | § | |
|    *Plaintiff,* | § | |
| | § | CASE NO. 1:24-CV-01512-DAE |
| v. | § | |
| | § | |
| BIG THIRST, INC. and MATT MCGINNIS, | § | |
|    *Defendants.* | § | |

**ORDER SETTING HEARING ON DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

It is ORDERED that a hearing on Defendants Big Thirst, Inc.'s, and Matt McGinnis'

November 12, 2025 Motion for Summary Judgment is hereby set for hearing on

_____, 2026 at _____.m.


Signed this _____ day of _____, 2026.


_____
JUDGE PRESIDING