**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| HUNTER WYLIE,<br>*Plaintiff*,<br>v.<br>BIG THIRST, INC. and MATT MCGINNIS,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:24-CV-01512-DAE |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER**

Before the Court is Defendants Big Thirst, Inc. and Matt McGinnis's Motion for Leave to Amend Answer. Having considered the Motion, any response thereto, and the applicable law, the Court finds that the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion for Leave to Amend Answer is GRANTED.

IT IS FURTHER ORDERED that Defendants' First Amended Answer, attached as Exhibit A to the Motion, is deemed filed as of the date of this Order.

SIGNED this ______ day of ______________________, 2026.

______________________________________
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE